# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00647-CV

**DK&G Management Inc. d/b/a Lifeline Aquatics Inc.,
David Grubbs and Kerry Evans, Appellants**

**v.**

**Evgeny Bystroy, Mikhail Moskalenko, Anna Panfilova and Elena Rybalko, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-12-000321, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants filed their notice of appeal on October 9, 2014. To date, appellants have not paid for or made arrangements to pay for the clerk's or reporter's records, despite being cautioned that their failure to do so would result in the dismissal of the appeal. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Prosecution

Filed:   January 14, 2015